David R. Fowler,
MB. ChB. M. Med Path (Forens)
1408 Phoenix Rd
Phoenix
MD 21131
(410 472 0688)

James Ruckle Jr
Assistant County Attorney
Historic Courthouse
400 Washington Ave.
Towson
MD 21204

May 13, 2015

**RE Robin A. Burkart.**

Dear Mr. Ruckle,

Further to my report of September 20, 2013

In the light of the osteoporotic bone changes in Ms. Burkart's knee, a review of the supplied statements and the injury pattern, the circumstances consistent with this injury seen in this case, are a backward directed compressive force. The statements indicate that Ms. Burkart was placed on her knees as part of the restraint process. At this time there would have been a backward and compressive force onto the upper tibia allowing the fracturing and backward displacement of the tibia. None of the other described motions (pulling, twisting) are consistent with the observed compressive injury.

Ms. Burkart's osteoporosis places her at risk of this type of injury as would normally be seen in an older age group where these changes are more common.

The above statements are within a reasonable degree of medical certainty.

I reserve the right to amend any facts or opinion if the information supplied changes.

Sincerely,

David R Fowler MB. ChB. M.Med. Path. Forens, FCAP, FAAFS, FNAME