IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBIN ANN BURKHART

v.          Civil No. CCB-12-3320

OFFICER RYAN DICKEL, ET AL.

# ORDER

For the reasons and to the extent stated in the accompanying Memorandum, it is hereby

ORDERED that:

1. The plaintiff's motion in limine to exclude the expert testimony of Dr. Barry Daly (ECF No. 73) is **DENIED in part and GRANTED in part**;

2. The plaintiff's motion in limine to exclude the expert testimony of Dr. David R. Fowler (ECF No. 72) is **DENIED in part and GRANTED in part**;

3. The plaintiff's motion in limine to exclude the expert testimony of Dr. Stephen M. Belkoff (ECF No. 74) is **DENIED in part and GRANTED in part**;

4. The plaintiff's motion in limine to exclude the expert testimony of Charles J. Key, Sr., (ECF No. 75) is **DENIED in part and GRANTED in part**;

5. The plaintiff's motion in limine to exclude the Franklin Square Hospital Center blood draw (ECF No. 76) is **DENIED**;

6. The court is reserving final judgment on the plaintiff's motion in limine to exclude references to the plaintiff's alcohol withdrawal or history of substance abuse (ECF No. 77);

7. The plaintiff's motion in limine to exclude references to the plaintiff's 911 call (ECF No. 78) is **DENIED**;

8. The court is reserving final judgment on the plaintiff's motion in limine to exclude calls for service not related to the subject occurrence (ECF No. 79);

9. The defendants' motion in limine to exclude the expert testimony of Dr. Rajabrata Sarkar (ECF No. 66) is **DENIED**;

10. The defendants' motion in limine to exclude deposition transcripts (ECF No. 67) is **DENIED as moot**;

11. The defendants' motion in limine to exclude the expert testimony of Dr. Christopher G. Chapman ("Chapman") (ECF No. 68) is **DENIED in part**; and

12. The court is reserving final judgment on the defendants' motion in limine to exclude certain Baltimore County Police Department records and records reviewed by Chapman (ECF No. 69);

13. The defendants' motion in limine to exclude the expert testimony of Dr. Ziaul Zakai (ECF No. 70) is **DENIED**; and

14. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

December 29, 2015  /s/
Date  Catherine C. Blake
United States District Judge